```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ALEXANDER STROSS,

                    Plaintiff,
                                                      ORDER
       - against -
                                                 21 Civ. 3780 (NRB)
BRIGHT MOUNTAIN MEDIA, INC. d/b/a WILD
SKY MEDIA, and DOES 1-10,

                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         July 28, 2021

_____
    NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE